UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
MARIO PARISI,

                         Plaintiff,

            -against-                      1:23-cv-3371-ALC

RODOLFO CRUZ and LIVINGSTON        **ORDER**
PROPERTY MANAGEMENT,

                    Defendants.

----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will conduct a telephone status conference in this action on January 30, 2024 at 1:45 p.m. Eastern Time. The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:  January 25, 2024

       New York, New York                        **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**